

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2016

No. 04-14-00360-CV

Jennifer L. **ZUNIGA**,
Appellant/Cross-Appellee

v.

Christopher **MEDINA** (Cross-Appellant), Richard Medina, and Shelly Medina,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-10872
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellant/cross-appellee's motion for extension of time to file brief is hereby GRANTED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court